UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ELIJAH JOHNSON,

                Plaintiff,

                                **STIPULATION OF DISCONTINUANCE**

                                5:16-CV-00622 (BKS/DEP)

vs.

CITY OF SYRACUSE, et al.,

                Defendants.

---

The undersigned attorneys of record for the parties in the above action hereby stipulate that, no party hereto being an infant or incompetent person for whom a committee has been appointed and no person not a party having an interest in the subject matter of the action, the above action against POLICE OFFICER JOHN GUNSALUS, POLICE OFFICER MS HARD and POLICE OFFICER MIMS, is hereby discontinued with prejudice, without prejudice to the continuance of the above action against the remaining defendants, without costs to either party as against the other. Furthermore, Plaintiff's third claim for relief pursuant to 42 U.S.C. § 1983 (i.e. *Monell* claim) is withdrawn with prejudice, without costs to either party as against the other.. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 10, 2017

*[signature]*
By: Fred Lichtmacher, Esq.
*Attorney for Plaintiff*
The Law Office of Fred Lichtmacher, P.C.
116 West 23rd Street, Suite 500
New York, New York 10011

JOSEPH FAHEY, ESQ.
CORPORATION COUNSEL

*[signature]*
By: Abigail R. Hind, Esq.
*Attorney for Defendants City of Syracuse et al.*
Assistant Corporation Counsel
233 East Washington Street
300 City Hall
Syracuse, New York 13202

IT IS SO ORDERED:

*[signature]*
**Brenda K. Sannes**
**U.S. District Judge**

Dated: October 10, 2017
Syracuse, NY