# THE LAW OFFICE OF
# FRED LICHTMACHER, P.C.

116 WEST 23RD STREET - SUITE 500
NEW YORK, NEW YORK 10011

TELEPHONE: (212) 922-9066
EMPIRESTATT@AOL.COM

October 24, 2018

Honorable Judge Brenda K. Sannes
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, 13261-7345
**Via ECF**

          Re:    <u>Elijah Johnson v. City of Syracuse et. al.</u> 16-CV-0622

Your Honor:

      I represent the plaintiff in the above-entitled civil rights matter. Attached is an article about Officer Mims, the "key witness" defendants purport to be relying on at trial, and whose lack of availability was the basis of defendants' application to adjourn the November trial date.

      In light of Officer Mims being so important to the defendants' case and in light of his recent and apparent past histories, plaintiff wishes to engage in some discovery regarding this officer. If this officer is allegedly going to fill in details no other witness provided plaintiff should be given ample fuel for cross examination on his integrity, which at the moment seems somewhat less than pristine.

      Receiving his entire disciplinary file would be a good start.

                              Respectfully submitted,

                              /s/

                              Fred Lichtmacher

cc:    Christina F. DeJoseph, Esq.
       Assistant Corporation Counsel
       **via ECF**

1

CENTRAL NY NEWS

# Syracuse cop arrested twice in one day for assault, menacing, weapons charges

Updated Oct 11; Posted Oct 10

122

669
shares

By **Chris Baker,** cbaker@syracuse.com
syracuse.com

A Syracuse cop has been suspended with pay after state police arrested him twice in one day nearly 200 miles apart last month.

New York State Troopers charged Ahmad H. Mims, 34, with assault, menacing and criminal possession of a weapon on Saturday, Sept. 15. The department suspended him the following Monday.

Mims, of North Syracuse, was arrested by troopers in the Town of Clay and charged with second-degree menacing and fourth-degree criminal possession of a weapon, both misdemeanors.

1

The arrest stemmed from two domestic incidents involving a woman in July and August, according to Trooper Jack Keller.

Mims was arraigned at centralized arraignment at 5 p.m. and released on his own recognizance.

The same day, troopers arrested Mims in Lake George and charged him with third-degree assault, a misdemeanor. According to court records, he assaulted and injured a woman that he knew.

He was arraigned the next day in Glens Falls City Court and released on either $1,000 cash bail or $2,000 bond. The judge granted the woman an order of protection, which means Mims can't go near her.

Mims is due back in Glens Falls City Court on Dec. 13.

The Syracuse Police Department suspended Mims on Sept. 17. He is on paid administrative leave pending the results of those arrests, according to Sgt. Richard Helterline, a police spokesman.

Mims has been with the Syracuse Police Department since 2011. He made $106,710 last year.

Mims is a member of the department's Crime Reduction Team, a high-profile, aggressive unit that deals with the city's worst criminals. He was promoted to that unit last year, according to a story in The Stand, a south side newspaper.

Last year, he was one of two officers injured in a traffic stop during which the officers claimed a driver hit them with his van. Mims fired his weapon at the van -- which had the driver and three children inside -- as it fled. He did not hit anyone. He was placed on paid leave while the incident was investigated.

SPONSOR CONTENT

## Retirement by the Numbers: Where Do You Stand?

