Fred Lichtmacher
The Law Office of Fred Lichtmacher PC
116 West 23rd Street Suite 500
New York, New York 10011
(212) 922-9066
empirestatt@aol.com

December 5, 2018

Honorable Judge Brenda K. Sannes
Federal Building and U.S. Courthouse
P.O. Box 7345
Syracuse, 13261-7345
**Via ECF**

      Re: <u>Elijah Johnson v. City of Syracuse et. al.</u> 16-CV-0622

Your Honor:

  I represent the plaintiff in the above-entitled civil rights matter.  Plaintiff had requested additional discovery regarding defendants' proposed witness Officer Mims.

  After our independent investigation, we have determined that we do not need any additional information from the defendants regarding officer Mims.

  My apologies for not writing sooner, but we needed to confirm aspects of our investigation.

              Respectfully submitted,

                 /s/

              Fred Lichtmacher

cc:  Christina F. DeJoseph, Esq.
   & Todd M. Long
   **via ECF**