UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIJAH JOHNSON,<br><br>                                         Plaintiff,<br><br>vs.<br><br>CITY OF SYRACUSE; POLICE OFFICER JOHN GUNSALUS, POLICE OFFICER JOSEPH MAURO, POLICE OFFICER WILLIAM LASHOMB, POLICE OFFICER GORDON QUONCE and UNIDENTIFIED SYRACUSE POLICE OFFICERS,<br><br>                                         Defendants. | Civil Action No.:<br>5:16-CV-0622 (BKS/DEP) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the law firm of Hancock Estabrook LLP, by and through the undersigned counsel, John G. Powers, hereby appears in the above-entitled action as co-counsel for Defendants City of Syracuse; Police Officer John Gunsalus, Police Officer Joseph Mauro, Police Officer William LaShomb, Police Officer Gordon Quonce and Unidentified Syracuse Police Officers.

        John G. Powers, Esq.
        (Bar Roll No. 508934)
        HANCOCK ESTABROOK LLP

Dated:   April 17, 2019                Respectfully submitted,

                                                  HANCOCK ESTABROOK LLP

                                                  By: s/  John G. Powers

                                                  John G. Powers (508934)
                                                  100 Madison Street, Suite 1500
                                                  Syracuse, New York 13202
                                                  Tel: (315) 565-4500
                                                  jpowers@hancocklaw.com

{H3533514.1}

## CERTIFICATE OF SERVICE

 I, hereby certify that on April 17, 2019, I caused the foregoing to be electronically filed with the Clerk of the District Court, Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Fred B. Lichtmacher, Esq. | empirestatt@aol.com |
| Christina F. DeJoseph, Esq. | cdejoseph@syrgov.net |
| Christine M. Garvey, Esq. | cgarvey@syrgov.net |
| Erica T. Clarke, Esq. | ericaclarke@syrgov.net |
| Todd M. Long, Esq. | tlong@syrgov.net |

Dated: April 17, 2019

s/ John G. Powers  
John G. Powers (508934)

{H3533514.1}