U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Case Name & No.:   ELIJAH JOHNSON V. CITY OF SYRACUSE, ET AL.,
                   5:16-cv-622 (BKS/DEP)

Date of Trial:  June 12, 2019

PRESIDING JUDGE: Hon. Brenda K. Sannes

( ) Plaintiff      (X) Defendant      ( ) Court

| Exhibit Number | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| D-1 | | | | | Map of area where parties occurred |
| D-2 | | | | | Selected photographs taken by SPD to be labeled D-2(a), 2(b), etc. |
| D-3 | | | | | DCJS Use of Force Manual |
| D-4 | | | | | Disc containing Onondaga County radio data from July 5-6, 2014 |
| D-5 | | | | | Computer Aided Dispatch (CAD) notes from July 5-6, 2014 |
| D-6 | | | | | DR Summary (DR 14-335189) |
| D-7 | | | | | Booking video (redacted for sound at 00:47-00:55) |
| D-8 | | | | | Use of Force Model |

{H3626202.1}

| | | | | | |
|---|---|---|---|---|---|
| D-9 | | | | | SPD training materials |
| D-10 | | | | | Mauro Police Report (DR 14-335189) |
| D-11 | | | | | Quonce Report (DR 14-335189) |
| D-12 | | | | | LaShomb Report (DR 14-335189) |
| D-13 | | | | | Gunsalus Police Report (DR 14-335189) |
| D-14 | | | | | Kelley Police Report (DR 14-3351890 |
| D-15 | | | | | Certified Certificate of Disposition re: rioting and trespassing (redacted) |
| D-16 | | | | | Certified Certificate of Disposition re: harassment (redacted) |
| D-17 | | | | | Misdemeanor Criminal Information re: rioting |

{H3626202.1}

| | | | | | |
|---|---|---|---|---|---|
| D-18 | | | | | Violation Criminal Information re: trespassing |
| D-19 | | | | | Violation Criminal Information re: harassment |
| D-20 | | | | | Transcript from plea allocution related to harassment charge |
| D-21 | | | | | Online complaint sent 7/6/14 |
| D-22 | | | | | Plaintiff's apology letter |
| D-23 | | | | | Social media posts to be labeled D-21(a), 21(b), etc. |
| D-24 | | | | | Impound Report |
| D-25 | | | | | Memo from Ralph Bowering to Captain Galvin dated 7/26/14 |

1. Defendant reserve the right to supplement this Exhibit list with additional exhibits as needed and depending on the evidence offered by Plaintiff at trial.

{H3626202.1}

2.  This exhibit list does not include impeachment exhibits.

<div style="display:flex;justify-content:space-between;">

DATED:  May 13, 2019
      Syracuse, New York

Respectfully submitted,

OFFICE OF THE CORPORATION COUNSEL
OF THE CITY OF SYRACUSE
*Attorney for Defendants*
CHRISTINA F. DeJOSEPH, ESQ.
Bar Roll No.: 514784
300 City Hall
Syracuse, New York 13202
Tel: (315) 448-8400
Fax: (315) 448-8381
cdejoseph@syrgov.net

</div>