UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ELIJAH JOHNSON,

                Plaintiff,        5:16-cv-00622 (BKS/DEP)

v.

POLICE OFFICER MAURO, POLICE OFFICER
LASHOMB, and POLICE OFFICER QUONCE,
all sued herein in their capacity as individuals,

                Defendants.

---

**Hon. Brenda K. Sannes, United States District Judge:**

# VERDICT SHEET

## Question 1

**Section 1983 Excessive Force/Failure to Intervene**

Do you find that plaintiff Elijah Johnson has proven by a preponderance of the evidence each and every element of his Fourth Amendment claims under 42 U.S.C. § 1983 for excessive force or failure to intervene, as described in the Court's instructions, as against:

| | | |
|---|---|---|
| Defendant Joseph Mauro? | YES __X__ | NO _____ |
| Defendant William LaShomb? | YES _____ | NO __X__ |
| Defendant Gordon Quonce? | YES _____ | NO __X__ |

**If you answered YES to any part of Question 1, proceed to Question 2.**

**If you answered NO to all of Question 1, your deliberations are complete, and you do not need to answer Questions 2 and 3. The Foreperson should sign and date this Verdict Sheet and inform the Court Security Officer that a unanimous verdict has been reached.**

## Question 2

**Compensatory Damages**

What amount, if any, do you award as compensatory damages against the defendant(s) for injuries that were proximately caused by the use of excessive force? If one or more of the defendants are found liable to the plaintiff Elijah Johnson on his excessive force or failure to intervene claim, the liable defendants (if more than one) are jointly and severally liable for whatever compensatory damages you determine the plaintiff has suffered. Accordingly, the jury should calculate a single sum for the plaintiff's compensatory damages. (*Please Note*: If you find that plaintiff Elijah Johnson's rights were violated, but that he did not sustain any damages, then you must return an award of damages in the sum of $1.00).

$ __25,000__

**Proceed to Question 3.**

## Question 3

**Punitive Damages**

Do you find that plaintiff Elijah Johnson is entitled to an award of punitive damages against Defendant(s)?

| | | |
|---|---|---|
| Defendant Joseph Mauro? | YES __X__ | NO _____ |
| Defendant William LaShomb? | YES _____ | NO __X__ |
| Defendant Gordon Quonce? | YES _____ | NO __X__ |

2

The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.

Foreperson: ███████████████  Date: 21 JUN 19