| Date | Task | Time |
|---|---|---|
| July 26, 2019 | Edit and submit Fee Application | 10:00-12:00 |
| July 26, 2019 | Finishing Memorandum | 9:52-10:30 |
| | Cont'd | 11:14-11:18 |
| | | 11:35-11:38 |
| | | 11:49-3:25 |
| July 24, 2019 | Lichtmacher decl | 2:54-3:40 |
| | Research inflation determined 2013 $350 rate est adjusted for inflation is $418 per hour today at a low ball Rate of 3% annually | |
| July 24, 2019 | Lichtmacher Declaration | 1:12-2:15 |
| July 23, 2019 | Lichtmacher declaration in support of Fees Motion | 11:35-1:12 |
| | | 2:30-4:12 |
| | | 4:30-4:50 |
| July 22, 2019 | Motion cont'd-rate argument | 2:30-5:10 |
| July 21, 2019 | Motion-research out-of-district fees | 5:00-7:10 |
| | Motion cont'd | 7:37-9:43 |
| July 20, 2019 | Motion-distinguishing out of district rule Rule from this case | 1:23-3:17 |
| July 19, 2019 | Reviewing and incorporating Declarations with Plaintiff's motion | 5:15-6:01 |
| July 19, 2019 | emails with adv over their absurd offer | 4:13-4:33 |
| July 17, 2019 | Motion cont'd | 9:45-11:30 |
| | Research Hybrid fees for out of district- Motion cont'd | 12:20-3:03 |
| July 16, 2019 | Motion cont'd research | 12:40-1:50 |
| | Motion cont'd | 4:20-5:55 |
| July 7, 2019 | Fee Motion cont'd | 1:30-4:00 |
| July 6, 2019 | Fee Motion-Shelly's Declaration and Spread Sheet | 10:05-12:00 |
| July 2, 2019 | Strategizing and putting together the fee motion | 10:29-10:42 |
| | Declarations for Staff | 10:55-12:05 |
| | Declaration for Shelly with attachment | 1:10-1:41 |
| July 1, 2019 | Motion for Reasonable attorneys' fees | 5:15-6:15 |
| June 24, 2019 | Punitive damages, prep and RESEARCH on QI in light of punitive D's and | 4:30-6:30 |
| | letter MOTION to the court | 6:30-7:30 |
| | Travel to Court | 8:30-8:50 |
| | Court in session-punitive damage phase To verdict | 9:11-12:39 |

|               |                                              |              |
|---------------|----------------------------------------------|--------------|
|               | **Travel from Ct**                           | **20 minutes** |
|               | **Travel home**                              | **1:05-7:55** |
| **June 23, 2019** | **Drive to Syracuse-**                   | **1:10-7:20** |
|               | **Prepare and review punitive Q's**          | **10:15-12:05** |
| **June 22, 2019** | **In office-spoke with investigator got 1:20-3:00** | |
|               | **Info on Mauro's assets-spoke with**        |              |
|               | **Jessica Svoboda about his boat**           |              |
| **June 21, 2019** | **Travel TO COURT**                      | **20 minutes** |
|               | **Trial Waiting for and receiving verdict** | **9:21-6:23** |
|               | **Travel from COURT**                        | **20 minutes** |
| **June 21, 2019** | **Drive home**                           | **7:10-1:50** |
| **June 20, 2019** | **Travel TO COURT**                      | **20 minutes** |
|               | **Trial closings**                           | **9:32-5:02** |
|               | **Travel FROM COURT**                        | **20 minutes** |
| **June 19, 2019** | **Travel TO COURT**                      | **20 minutes** |
|               | **Trial**                                    | 10:37-3:42   |

Defendants call Ben Okun. 11:06AM-
Defendants call Erika Stone. 11:30AM-
Defendants call Mark Rusin. 12:15PM- Defendants rest.
Plaintiff recalls Plaintiff Elijah Johnson for rebuttal.
Charge conference in chambers at 1:50-2:53
3:06PM- Court back in session with jury present. Judge Sannes instructs the jury. 3:42PM-

|               | **Travel FROM COURT**                        | **20 minutes** |
|---------------|----------------------------------------------|--------------|
| **June 18, 2019** | **Travel FROM COURT**                    | **20 minutes** |
|               | **Trial**                                    | **9:33-4:42** |

9:33AM- Court in session without jury. Judge Sannes hears from counsel on the Court's proposed curative instruction. 9:42AM- Court in recess. 9:45AM- Court back in session with jury. Defendant Mauro resumes testifying. 10:45AM- Plaintiff calls

Kenneth McFadden. 11:17AM- Court in recess for morning break. 11:36AM- Court back in session without jury. Housekeeping issues discussed with counsel. 11:44AM- Jury brought in. Witness McFadden continues to testify. 12:21PM- Plaintiff rests. Court in recess for lunch break. 1:26PM- Court back in session without jury. Judge Sannes discusses housekeeping issues with counsel. Defendants make partial Rule 50(a) motion, plaintiff opposes the motion. Motion denied by the Court. 1:55PM- Court in recess. 2:00PM- Court back in session with jury. Defendants call Kelly Rosenthal. 2:18PM- Defendants call John Gunsalus. 2:50PM- Court in recess for afternoon break. Judge Sannes hears from counsel on the Court's revised proposed curative instruction and discusses housekeeping issues. 3:22PM- Jury brought in. Judge Sannes gives curative instruction to jury. Attorney Lichtmacher notes his objection for the record. 3:24PM- Defendants call Ahmad Mims. 4:12PM- Defendants call Michael Hard. 4:26PM- Defendants recall Defendant Quonce for rebuttal. 4:34PM- Jury excused until 6/19/2019 at 10:30AM. Court discusses housekeeping issues with counsel. 4:42PM- Court in recess

**Travel FROM COURT**                                **20 minutes**.

**June 17, 2019**    **Travel to COURT**              **20 minutes**
                     **Trial**                        **9:30-5:26**

 9:30AM- Court in session without jury. Judge Sannes addresses the motions filed over the weekend and makes various rulings. Dkt. No. 134 is denied. 9:57AM- Court in recess. 10:01AM- Court back in session with jury. Plaintiff Johnson resumes testifying. 11:09AM-Jury excused for morning break. Judge Sannes discusses housekeeping issues with counsel. 11:11AM- Court in recess. 11:30AM- Court back in session. Plaintiff Johnson continues to testify. 12:26PM- Jury excused for lunch break. Judge Sannes hears from counsel on housekeeping issues. 12:33PM- Court in recess. 1:35PM- Court back in session without jury. Housekeeping issues discussed. 1:37PM- Jury brought in. Plaintiff Johnson continues to testify. 2:40PM- Court in recess for afternoon break. 2:58PM- Court back in session with jury. Plaintiff Johnson resumes testifying. 3:12PM- Plaintiff calls Defendant Joseph Mauro. 4:24PM- Court in recess. 4:31PM- Court back in session with jury. Defendant Mauro resumes testifying. 5:20PM-Jury excused until 6/18/2019 at 9:30AM. 5:26PM- Court in recess

-3-

|  |  |  |
|---|---|---|
|  | **Travel FROM COURT** | **20 minutes** |
| **June 16, 2019** | Sunday in Syracuse-response to their newest MOTION and PREP for EJ and Mauro's Testimony (motion 1 hr-prep the difference) | 11:00-2:00<br>3:30-7:40 |
| **June 15, 2019** | Read their latest MOTION and discussed with co counsel | 11:27pm-12:10 am |
|  | Prep for        Mauro | 10:00-1:15 |
|  | Mims Prep for CE | 3:30-6:30 |
|  | Prep Review trial notes | 9:00-10:40 |
| **June 14, 2019** | **Drive to Ct & set up** | **8:34-9:20** |
|  | TRIAL | 9:30-5:11 |

Defendant Lashomb continues to testify.
Defendants call Ralph Bowering out of order due to a scheduling conflict. Judge Sannes discusses housekeeping issues with counsel. Plaintiff's counsel informs the Court of a potential juror issue. Defendants' counsel doesn't have any concerns about the potential issue. Jury brought in. Plaintiff calls Michael Henry. 2:11PM- Court back in session with jury. Plaintiff calls Mario Franco. 3:12PM- Jury excused for afternoon break. 3:17PM- Court in recess. 3:28PM- Court back in session with jury. Witness Franco continues to testify. 3:58PM- Court in recess. 4:09PM- Court back in session with jury. Plaintiff calls Plaintiff Elijah Johnson. 5:02PM- Jury excused until 6/17/2019 at 9:30AM. Judge Sannes discusses housekeeping issues with counsel. 5:11PM- Court in recess.

**Travel FROM COURT**                                **20 minutes**

| **June 13, 2019** | **Prep** | **2am until 6:30 am** |
|---|---|---|
|  | **Travel to COURT** | **20 minutes** |
|  | Trial | 9:01-5:02 |

Judge Sannes denies Plaintiff's request to introduce testimony of Patrick Johnson from the criminal trial transcript. Court hears from counsel on Plaintiff's objections to some of Defendants' exhibits and makes various rulings. 9:33AM- Court in recess. 9:47AM- Court back in session with jury. Patrick Johnson resumes testifying. 10:36AM- Court in recess for morning break. 10:52AM- Court in session with jury present. 10:56AM- Plaintiff calls Defendant Gordon Quonce. 12:09PM- Jury excused for lunch break. Judge Sannes hears from counsel

|  |  |  |
|---|---|---|
|  | on housekeeping issues. 12:25PM- Court in recess. 1:34PM- Court back in session with jury present. Defendant Quonce resumes testifying. 2:48PM- Court in recess for afternoon break. 3:03PM- Court back with jury present. Defendant Quonce continues to testify. 3:45PM- Plaintiff calls Defendant William Lashomb. 4:57PM- Jury excused until 6/14/2019 at 9:30AM. Judge Sannes hears from counsel on housekeeping issues. 5:02PM- Court in recess. (Court Reporter Jodi Hibbard) (rjb, ) (Entered: 06/13/2019) |  |
|  | **Travel FROM COURT** | **20 minutes** |
| **June 12, 2019** | **Travel to** | **20 minutes** |
|  | **TRIAL** | **10:19-5:21** |
|  | 10:19AM- Court is in session. Counsel have no objections to the Court's statement of the case to be read to the jury. Judge Sannes discusses housekeeping issues with counsel. 11:27AM- Court in recess. 11:34- Court back in session. Jury panel is present. Judge Sannes makes introductory remarks and the jury panel is placed under oath. Twenty three jurors are seated in the jury box. Judge Sannes and Attorneys Lichtmacher and DeJoseph conduct voir dire. 1:05PM - Court takes brief recess. 1:24PM - Court back in session. Two jurors were excused by the Court and two jurors were excused for cause. Plaintiff's attorney exercises six peremptory challenges and Defendants' counsel exercises five peremptory challenges. Eight jurors are selected and they are satisfactory to counsel except for Plaintiff's objections noted at sidebar. Jury is drawn and sworn in by the Clerk. 1:43PM- Court in recess for lunch break. 3:03PM- Court back in session. Judge Sannes gives preliminary instructions. 3:20PM - Attorneys Lichtmacher and Powers make opening statements. 4:37PM- Plaintiff calls Patrick Johnson. 5:10PM- Jury excused until 6/13/2019 at 9:30AM. Judge Sannes hears from counsel on housekeeping issues. 5:21PM- Court in recess |  |
|  | **Travel FROM COURT** | **20 minutes** |
| **June 11, 2019** | **CORRESPONDENCE to the Court with my objections to Their exhibits** | **9:35-11:26** |
| **June 11, 2019** | **PREP  Read their documents-listed missing and Objectionable exhibits** | **5:30-7:30** |
| **June 10, 2019** | Prep   Draft Opening | 7:00-8:05 |
|  | Prep   Draft EJ's DE | 10:10-11:30 |

|  |  |  |
|---|---|---|
|  | EJ on the PHONE | 10 min |
|  | Prep    Rioting issue | 1:30-4:10 |
|  | Prep PJ's DE | 4:30-6:00 |
|  | Prep McFadden | 6:00-7:30 |
|  | Prep Opening | 8:45-10:50 |
| June 9, 2019 | Drove to Syr- | 9:30-3:30 |
|  | Prep    met with EJ | 4:05-5:15 |
|  | Prep Sherry and I worked on Quonce and LaShomb | 9:00-10:50 |
|  | Prep Work on opening | 11:30-12:00 |
|  | Prep LaShomb cont'd        Just me | 12:00–1:30 |
| June 6, 2019 | prep EJ on the phone | 11:36-11:47 |
|  | Prep CE work cont'd EJ on phone | 2:09-3:00 |
|  | Prep Quonce cont'd | 3:46-5:10 |
| June 4, 2019 | Prep Quonce | 11:56-1:45 |
| June 3, 2019 | Prep LaShomb | 2:55-5:32 |
|  | Prep Mauro and Quonce CE prep | 10:45-1:32 |
|  | Reviewing Ct's D & O on in limine | 45 minutes |
| June 2, 2019 | McFadden PREPfrom Dep DE | 12:51 (am)-1:29 |
|  | Meds reviewed | 8:30-12:30 (am) |
|  | Meds reviewed | 4:00-8:00 |
|  | Prep Mauro's testimony | 2:55-4;00 |
|  | Prep PJ's Testimony | 1:52-2:02 |
|  | Meds Reviewed |  |
| June 1, 2019 | McFadden DE | 12:11-1:12 (am) |
|  | McFadden DE cont'd | 4:55-5:42 |
|  | Cont'd | 5:53-6:38 |
| May 31, 2019 | emailed addresses to adv | 1:20-1:53 |
|  | Prep Called PJ |  |
|  | Prep Called Franco |  |
|  | Prep Called McFadden LM |  |
| May 30, 2019 | Prep Reviewing the notes taken from W interviews While waiting for the plane at Syr Airport | 9:15-9:55 |
| May 29, 2019 | Travel to ct | 20 minutes |
|  | Last conference        Conference | 9:40-12:10 |

\* See TEXT Minute Entry dated 5/29/2019 indicating conference went from 10:05 am- 11:29 am

|  |  |  |
|---|---|---|
|  | **SETTLEMENT DISCUSSED OFF THE RECORD** |  |
|  | **Travel from ct** | **20 minutes** |
|  | **sending JPegs to adv** | **4:00-4:14** |
|  | **Reviewing EJ's NOC** | **5:27-6:30** |
| May 28, 2019 | **Prep Met with EJ then Mario (PM)** | **8:25-10:30 PM** |
|  | prep for final pre tr conference | 5:30-7:10 |
|  | **Prep WORK ON MY OPENING** | **1.5 HOUR** |
|  | **LaShomb CE drafted** | **10:05-12:26** |
|  | **General Trial Prep** | **2:00-3:45** |
|  | -reading disc |  |
| May 27, 2019 | **Prep Henry-read and prep** | **8:47-9:26** |
|  | **Prep Dep and DE Henry** | **10:55-1:39** |
|  | **Prep Cont'd** | **3:10-3:35** |
|  | **Prep Lahomb CE** | **4:00-5:38** |
| May 26, 2019 | Prep PJ's DE | 7:45-10:15 |
|  | Prep Read Franco's dep and heard CRB | 9:30-10:55 |
|  | Prep PJ DE | 11:00-1:05 |
|  | **Prep Met with Jessica Svoboda** | **1:10-2:40** |
|  | Prep Cont'd PJ Dep | 3:00-6:24 |
| May 25, 2019 | **Prep Review Tr Exhibits** | **3:00-3:23** |
| May 24, 2019 | **JAFONTE CANCELS** |  |
|  | Prep Review McFadden testimony notes for trial | 1:13-2:50 |
|  | Trial Prep |  |
|  | Reviewed all 3587 pages of their discovery rec'd | 3:30-11:20 |
| May 23, 2019 | **Calls to Jafonte-Mario-McFadden and organize** |  |
|  | Prep All the criminal documents related |  |
|  | to the case | 6:30pm -12:30 am |
| May 22, 2019 | **FLY TO SYR       TRAVEL** | **3 hours** |
| May 21, 2019 | **Letter to the Ct Re: Mims** | **10 minutes** |
| May 20, 2019 | **Phone with adv** | **2:58-3:04** |
|  | Email to adv re Mims address and will give AZ's | 5:20-5:43 |
| May 19, 2019 | **Responding to in limine and filed** | **1:26-2:49** |

| | | |
|---|---|---|
| **May 18, 2019** | **Authorizations sent to Plaintiff** | **3:00-3:12** |
| | **Prep Maruo CE** | **3:30-7:12** |
| **May 17, 2019** | **Motions In Limine** | **10:25-6:12** |
| **May 15, 2019** | **Prep Mauro CE** | **12:20-2:48** |
| **May 14, 2019** | **Email to ad** | **12:35-12:39** |
| **May 13, 2019** | **Trial Prep** | **10:10-12:06** |
| **May 13, 2019** | **Letter to the Court SUGGESTED BRIEF SUMMARY** | |
| | **OF THE CASE** | **20 mins**  \* See Dkt. No. 92 |
| | **Pretrial submissions** | **11:14-12:30** |
| | | **1:11-1:25**  \* no narrative for these entries, and if they are associated with the previous entry, it is vague. |
| | | **5:13-5:55** |
| | | **6:00-6:22** |
| **May 12, 2019** | **Jury Instructions** | **12:50-1:10** |
| **May 11, 2019** | **Jury Instructions** | **3 hours** |
| | **Jt Stip** | **8:33-9:40** |
| **May 9, 2019** | **Pre trial submissions worked on** | **2:05-2:15** |
| | | **3:08-4:30** |
| **May 3, 2019** | **Joint Pre trial papers** | **2:08-2:30** |
| | | **3:05-3:11** |
| | | **3:17-3:19** |
| **May 2, 2019** | **Prep Review testimony with P** | **3:37-3:44** |
| **April 29, 2019** | **Pre trial submissions** | **11:30-1:27** |
| | | **1:50-3:10**  \* mo narrative for these entries, but if they are associated with the previous entry it is vague. |
| | | **4:30-5:04** |
| **April 28, 2019** | **Pre Tr Stip** | **3:20-5:24** |
| **March 25, 2019** | **Prep Franco testimony with CRB tapes** | **2:01(am)-3:05(am)** |
| | **Prep Franco cont'd** | **11:47-12:30** |
| **March 21, 2019** | **Email from adv with AZ's** | **10:28-10:38** |
| | **Email from adv with several attachments** | **5:26-5:41** |

| Date | Description | Time |
|---|---|---|
| December 5, 2018 | Letter to the Court-we need no disc for Mims | 11:10-11:35 |
| November 16, 2018 | Call to ATTORNEY | 12:29-1:14 |
| | Prep Research Impeaching Mims 608(b) | 2 HOURS |
| November 15, 2018 | Letter to the Court re Mims Discovery | 1:55-2:10 |
| | Phone with ATT XXXX | 3:28-4:35 |
| | Prep Research impeachment on veracity | 3:55-6:50 |
| November 10, 2018 | Pretrial prep | 3:29-4:53 |
| November 7, 2018 | Prep Call to P | 2:46-2:53 |
| October 19, 2018 | prep for and Phone conference with DJ | 1:50-2:09 |
| | Prep MAKING CALLS | 2:09-3:25 |
| | Called EJ-wrong # | |
| | Called Patrick Johnson Confirmed | |
| | Called Michael Henry Confirmed | |
| | Called Mario Franco LM | |
| | Called Kenny McFadden LM | |
| | Prep REVIEWED DOCS 1-445 | 2 hours |
| September 28, 2018 | Reading and responding to Ds' Adjourn trial Req | 11:01-12:30 |
| | Cont'd after lunch | 1:15-3:07 |
| September 26, 2018 | Conference & prep re D's req adjournment | 9:45-10:22 |
| September 24, 2018 | Getting Rural Metro records | 10:51-11:26 |
| | Read Response-call adv re Req Adjourn | 3:28-4:50 |
| September 21, 2018 | Letter from adv read and Opposed-they want an adjournment For an allegedly sick witness without disclosing who that W is | 4:45-5:14 |
| September 13, 2018 | Letter to inv | 1:40-1:58 |
| September 12, 2018 | Prep P Johnson DE | 4:20-7:04   *2h, 44 m* |
| | (30 min break) | *-30 min = 2h 14 min* |
| September 11, 2018 | Prep DE PJ | 11:45-1:10 |
| September 2, 2018 | Prep Strategy-and closing | 11:55-4:10 |

|  |  |  |  |
|---|---|---|---|
|  | **Reading and analyzing the SJ Decision for summary of facts** | **7:55-9:05 (am-Home)** | * duplicative of 4/11/18 time entry |
| September 1, 2018 | prep Reading P Johnson's Dep and Crim Tr Testimony Preparing DE | 3:05-5:23 |  |
| August 27, 2018 | Trial Prep=EJ's DE Cont'd | 11:15-11:40 1:08-1:25 1:40-2:10 | * no narrative entry associated with this time |
| August 17, 2018 | **Email for the Justice Center video** | **9:35-9:39** **2:35-2:50** | * no narrative entry associated with this time |
| June 19, 2018 | **Called Elijah—told him the trial date** **Discussed Motions in Limine with Shelly** | **11:48-11:58** |  |
| May 7, 2018 | Telephone conference DJ and prep **Calls re schedule of trial** | 10:40-11:20 **40 minutes** |  |
| April 11, 2018 | Read Ct's rulings on SJ | 45 minutes |  |
| **December 9, 2017** | **Trial prep -notes re SJ** | **5:55-6:17** |  |
| November 30, 2017 | Prep for PJ **Travel to corp counsel** Patrick Johnson's Dep **Travel from corp counsel** | 8:30-9:20 **20 min** 10:00-12:37 **20 min** | *Mr. Lichtmacher attended this EBT via teleconference, thus travel time should not be factored in. |
| November 20, 2017 | Filing opp to partial SJ | 45 min |  |
| November 19, 2017 | Reviewing opp to SJ | 2 hours |  |
| November 16, 2017 | email to adv re Jafonte and Henry CRB | 6:17-6:22 |  |
| November 10, 2017 | SJ Defense SJ Defense email addresses and telephone numbers of witnesses | 11:10-12:40 1:10-5:43 |  |
| November 3, 2017 | SJ Response | 4:15-6:20 |  |
| November 2, 2017 | SJ motion responses **Email to adv** | 12:20-12:35 **2:32-2:43** |  |

|  |  |  |  |
|---|---|---|---|
|  | Re addresses and documents | 6:13-6:18 |  |
| November 2, 2017 | November 1, 2017    Calls for EJ | 2:22-2:29 |  |
|  |  | 2:32-2:42 |  |
|  | Motion prep | 4:55-5:24 |  |
| November 1, 2017 | Motion by D's reviewed and discussed Internally | 3 hours |  |
| October 30, 2017 | Correspondence | 1:15-1:21 |  |
| October 13, 2017 | Correspondence response to req to amend email and responses-reviewed stip-reviewed Proposals to drop claims | 1:52-2:07<br>2:10-2:53 | * reference to Monell claim as well as claims against defendants later stipulated out (See Dkt. Nos. 52-53). |
| October 10, 2017 | W lists and Exh lists reviewed<br>Call to adv<br>Correspondence to the Ct re Justice Centr tape | 10:27-11:40<br>2:01-2:19<br>10 mins |  |
| October 7, 2017 | PREP EJ DE<br>PREP EJ DE cont'd | 2:56-3:21<br>3:49-4:35 |  |
| October 5, 2017 | email wanting me to withdraw D's w E<br>Checking their E | <br>3:17-3:40 | * in addition to being vague, this entry relates to unsuccessful claims that were discontinued by stipulation (See Dkt. Nos. 52-53). |
| September 28, 2017 | Gonsalus Dep | 1 hour | * Defendant Gunsalus was discontinued by stipulation on 10/10/17 (See Dkt. Nos. 52-53) and did not witness the use of force against Plaintiff. |
| September 27, 2017 | PREP Gansalus dep | 1.5 hours |  |
| September 24, 2017 | Prep Michael Henry | 7:14-8:45 |  |
| September 22, 2017 | emails from adv | 4:29-4:32 |  |
| September 20, 2017 | emails back and forth re dates and a stip | 8:41-8:56 |  |
| September 19, 2017 | Email from adv re stips | 3:57-4:07 | * relates to discontinued/unsuccessful claims (See Skt. Nos. 52-53). |
| September 14, 2017 | email from adv-re deps | 9:00-9:20 |  |
| September 7, 2017 | Prep for and Telephone Conference | 3:00-4:05 |  |
| August 31, 2017 | Conference<br>Phone with adv | 2:59-3:13<br>3:13-3:20 |  |

| Date | Activity | Time |
|---|---|---|
| **August 23, 2017** | **Prep with P** | **1:07-1:30** |
| **August 17, 2017** | **Adv on the phone** | **8:49-9:08** |
| August 16, 2017 | Adv email suggesting dates saying we have Henry CRB | 9:01-9:15 |
| | **Looking for Henry CRB** | |
| August 14, 2017 | Adv email req dates | 10:35-10:45 |
| | **Reviewed proposed letter to the court from adv** | **1:10-1:17** |
| August 12, 2017 | Received and reviewed Justice Ctr meds | 30 MINUTES |
| | Sent emails with meds and as to Gonsalus' dep to both advs | 10 minutes |
| | **P on the phone** | **1:26-2:23** |
| | **Burn Mike Henry CD's for Elijah and Henry** | **10 minutes** |
| | **Put in letter for EJ** | **5 minutes** |
| | PREP Mike Henry tape listened to | 2:23-2:29 |
| August 7, 2017 | PREP Mike Henry on the phone-all PULLED OUT of the car | 5:43-5:50 |
| August 2, 2017 | email from D's alleging they attached Henry CRB | 3:43-3:55 |
| July 27, 2017 | Prep Henry Dep | 7:30-8:45 |
| | Travel to Corp Counsel | 9:30-9:40 Minutes |
| | Henry Dep | 9:55-11:07 |
| | Travel from corp counsel | 20 min |
| | Travel to Jamesville for Fagen dep | 1:05-1:30 |
| | Processed into jail | 1:30-1:48 |
| | Fagen dep in Jamesville | 1:48-3:28 |
| | Travel back to Hotel | 25 minutes |
| July 26, 2017 | PREP McFadden dep | 7:30-8:00 |
| | TRAVEL | 12:30-12:55 |
| | McFadden Dep | 12:57-2:55 |
| | Franco Dep | 3:15-4:51 |
| | TRAVEL | 5:10-5:35 |
| July 25, 2017 | Prep for deps Mims Lashmb Quonce | 8:10-9:30 |
| | Travel to corp counsel | 9:30-9:55 |
| | **At corp counsel prep** | **10:15-10:20** |
| | Mims Dep | 10:20-11:14 |

|  |  |  |  |
|---|---|---|---|
|  | LaShomb Dep | 1:00-2:29 |  |
|  | Quonce Dep | 2:31-3:31 |  |
|  | Converse with adv | 3:31-3:40 |  |
|  | TRAVEL BACK FROM CORP COUNSEL | 20 min |  |
|  | Prep for Franco Dep | 7:42-8:08 |  |
| July 24, 2017 | EJ's dep and prep for Mario and PJ | 5:05-9:10 | * time allocated for Plaintiff's deposition is accounted for below; reference to PJ is vague- if it refers to Patrick Johnson, he was not served with a notice or deposed until November 30, 2017 |
|  | Travel | 20 min |  |
|  | EJ Dep | 9:30-12:40 |  |
|  | MJ Hard Dep | 1 hour | * Defendant Hard was discontinued by stipulation on 10/10/17 (See Dkt. Nos. 52-53) and did not witness the use of force against Plaintiff. |
|  | Mauro Dep | 1.5 hours |  |
|  | Travel | 20 min |  |
| July 23, 2017 | email to adv re deps in detail | 10:13-10:23 |  |
| July 22, 2017 | Review docs given Monday-Quonce Mauro EJ |  |  |
|  | Call to EJ | 10:30-1:00 |  |
|  | Organizing docs for deps | 4:30-6:05 |  |
|  | Met w P | 7:15-9:53 |  |
| July 21, 2017 | Prep Listening to EJ's audio recording CRB | 9:10pm-11:10 pm |  |
| July 18, 2017 | Email from adv re Fagan | 4:03-4:08 |  |
| July 17, 2017 | Adv promising to send photos | 2:06-2:11 |  |
|  | Email could not open their attachments | 2:36-2:45 |  |
|  | Email-they have computer problems | 2:51-2:56 |  |
| July 11, 2017 | Email from adv | 8:47-8:52 |  |
|  | Email from adv | 9:20-9:23 |  |
|  | Email to adv with all the addresses | 10:23-10:47 |  |
|  | Email to adv | 12:22-12:25 |  |
| July 7, 2017 | email from adv | 9:52-9:57 |  |
| July 3, 2017 | McFadden on the phone-go over testimony |  |  |
|  | And when he gave it-read his crim | 12:55-1:54 |  |
|  | Drafting authorizations me and for D's | 4:05-4:48 |  |
|  | Letter to adv with authorization |  |  |
|  | Letters for meds | 5:23-5:33 |  |
|  | *Onondaga County Justice Center* |  |  |
|  | *Rural Metro Ambulance* |  |  |
| June 29, 2017 | Calls to P and to adv re scheduling | 3:05-4:08 |  |

-13-

| | | | |
|---|---|---|---|
| **June 28, 2017** | **Call to P LM and emailed Patrick Johnson** | **11:02-11:11** | |
| **June 27, 2017** | **Email from adv** | **8:38-8:43** | |
| June 24, 2017 | **Call to Plaintiff, adv, Michael Henry looking up Rural Metro** | 3:05-4:08 | |
| June 22, 2017 | **Setting the schedules for both cases with adv** | 1:08-1:23 | * "both cases" seems to refer to Mr. Franco's pending litigation |
| | **Call to P** | 1:32-1:40 | |
| | **Call to Jafonte Johnson and email to adv** | 1:49-2:11 | |
| | **Call to Michael Henry-LM** | | |
| | **Texted Fagan** | 2:25-2:38 | |
| May 8, 2017 | MJ Telephone conference & prep | 2:20-3:25 | |
| **January 20, 2017** | **emails from adv** | **3:04-3:09** | |
| | | **3:59-4:04** | |
| **January 9, 2017** | **Email from adv about case management plan** | **9:52-9:57** | |
| **January 5, 2017** | **email from Adv** | **2:08-2:13** | |
| **January 4, 2017** | **telephone MJ Baxter conf** | **3:00-3:25** | * Docket does not reflect any telephone conference on this date |
| **January 3, 2017** | **email to Adv** | **4:40-4:45** | |
| **January 3, 2017** | **emails from and to Adv** | **4:33-4:38** | |
| **January 3, 2017** | **email from Adv** | **4:20-4:25** | |
| **January 3, 2017** | **email from Adv** | **4:16-4:20** | |
| **January 3, 2017** | **email to  Adv** | **9:36-9:41** | |
| **January 3, 2017** | **email from Adv** | **8:50-8:55** | |
| December 29, 2016 | **email to adv** | **5:45-6:12** | * given the ostensible content of the email (below), this time seems excessive. |

*We received the Elijah Johnson CD's today of his criminal trial, but are completely blank.  Please send again.*

*You can upload to a google drive or dropbox at*

*f.lichtmacher.PC@gmail.com*

*thank you*

*fred lichtmacher*

| | | |
|---|---|---|
| December 22, 2016 | Prep Reviewing notes from Syracuse interviews- **Preparing for trial** | **9:35-10:29** |

|  |  |  |  |
|---|---|---|---|
|  | **Call and email to Patrick Johnson** <br> **Call to Elijah-and a text LM** |  |  |
| **December 18, 2016** | **Trial prep W prep** | **11:19-11:35** |  |
| **December 17, 2016** | **prep IN SYR** <br> **Met with Patrick Johnson** <br> **Patrick Johnson interviewed** | **6:00-6:52** <br> **6:52-7:20** |  |
| **December 16, 2016** | **IN SYR-call to P** | **5:37-5:40** |  |
| **December 11, 2016** | **Letter to Dr** <br> **Meeting with Dr to asses** | **7:36-7:56** <br> **5:00-6:00** |  |
| **December 7, 2016** | **Letter with Notice of Deposition** | **4:00-4:28** |  |
| **December 6, 2016** | McFadden from Dep DE <br> **Conference and prep** <br> **Responses to D's Req** <br> **Correspondence** <br> **Drafted Supp Req** <br> **Email from adv for AZ's & response** <br> **And adv again** | 12:51 (am)-1:29 <br> **2:30-3:30** <br> **2.5 hours** <br> **1:15-1:20** <br> **1:20-1:40** <br><br> **11:01-11:15** | * See entries related to discovery responses on Dkt. 159-12, with time break down on Monell/individual discovery responses. |
| November 17, 2016 | Speak with CRB Re: EJ | 2:50-3:05 |  |
| November 11, 2016 | Reviewing Proposed Order | 12:44-12:47 | * docket activity at this time makes it unclear what this entry refers to. |
| October 3, 2016 | Drafted and filed amended complaint | 45 minutes |  |
| October 2, 2016 | Reviewed their Disc Req and began Resp | 90 minutes | * relates in part to unsuccessful/discontinued claims |
| September 20, 2016 | now we can subpoena the CRB directly–DONE <br> Call to CRB discussion about subpoenas and <br> Results of the Inv | 1 hour |  |
| September 1, 2016 | Initial Conference <br> Reviewed their Initial Disclosures | 20 minutes <br> 30 minutes |  |
| August 18, 2016 | Initial Disclosures and Initial Req completed <br> and mailed | 5:20-6:33 |  |
| June 24, 2016 | Call to adv,—LM-we have several GO's to fill out | 3:07-3:11 |  |

| | | |
|---|---|---|
| May 30, 2016 | Drafted complaint, calls to Plaintiff and crim attorney<br>For facts and documents-reviewed docs for Disc<br>(50/50 draft comp and disc | 5 hours |
| May 23, 2016 | Drafting comp-P on the phone | 5:45-6:53 |
| April 20, 2015 | Discussed the verdict with the crim attorney, | 1 .5 hours |
| August 2, 2014 | Discussions with crim attorney-req paperwork | 1.5 hours |
| August 1, 2014 | Met with EJ and discussed what just happened to him<br>Retained | 3 hours |