## SHERRY'S <u>ASSOCIATE</u> HOURS ON EJ

| Date | Summary | Time | Sum Hours |
|---|---|---|---|
| June 21, 2019 | Drive to Ct and set up | 8:35-9:05 | 30 min |
| | Trial Waiting for and receiving verdict | 9:21-18:23 | 9h 2 min |
| | Drive home | 19:10-1:00 | 5h 50 min |
| June 20, 2019 | Drive to Ct and set up | 8:35-9:20 | 45min |
| | Trial closings | 9:32-17:02 | 7h 30 min |
| | Travel FROM COURT | 20 minutes | 20 min |
| June 19, 2019 | Drive to Ct and Set up | 9: 30-10:10 | 40 min |
| | Trial | 10:37-15:42 | 5h 5min |
| | Travel FROM COURT | 20 minutes | 20 minutes |
| | Trial Prep -Assist Fred in Closing | 19:17-23:05 | 3h 48 min |
| June 18, 2019 | Drive to Ct and set up | 8:25-9:05 | 40min |
| | Trial | 9:33-16:42 | 7h 9 min |
| | Travel FROM COURT | 20 minutes | 20 minutes |
| | Trial Prep -Notes; Exhibits; closing advice | 19:40-22:27 | 2h 47 min |
| June 17, 2019 | Drive to Ct and set up | 8:30-9:10 | 40min |
| | Trial | 9:30-17:26 | 7h 56 min |
| | Travel FROM COURT | 20 minutes | 20 minutes |
| | Trial Prep- Kenny McFadden; exhibits | 20:35-23:00 | 2h 25min |
| June 16, 2019 | Motion-Response to their newest Motion | 13:30-18:40 | 5h 10min |
| | Trial Prep-Worked on Mauro criminal transcripts | 20:40-21:50 | 1h 10min |
| June 15, 2019 | Trial Prep- Mauro | 11:00-12:00 | 1h |

|  | Trial Prep- Mims Dep | 15:42-16:30 | 48min |
|---|---|---|---|
|  | Trial Prep- Review trial notes | 21:00-21:40 | 40min |
| June 14, 2019 | Drive to Ct and set up | 8:34-9:10 | 36 min |
|  | Trial | 9:30-17:11 | 7h 41min |
|  | Travel FROM COURT | 20 minutes | 20 minutes |
|  | Trial Prep- Worked on previous trial testimony notes and Mauro | 20:25-22:30 | 2h 5min |
| June 13, 2019 | Drive to Ct and set up | 8:35-9:00 | 25min |
|  | Trial | 9:01-17:02 | 8h 1min |
|  | Travel FROM COURT | 20 minutes | 20 minutes |
|  | Trial Prep- Michael Henry and Franco; Exhibits | 20:30-22:45 | 2h 15min |
| June 12, 2019 | Drive to Ct and set up | 9:30-10:10 | 40 min |
|  | Trial | 10:19-17:21 | 7h 2min |
|  | Travel FROM COURT | 20 minutes | 20 minutes |
|  | Trial Prep- LaShomb and Quonce; Exhibits | 20:00-22:00 | 2h |
| June 11, 2019 | Trial Prep- Defendants' discovery; exhibits | 9:35-13:00 | 3h 25min |
|  | Trial Prep- LaShomb and PJ | 14:40-18:08 | 3h 28min |
|  | Trial Prep- LaShomb and Quonce | 20:30-22:00 | 1h 30min |
| June 10, 2019 | Trial Prep- Opening and Defendants' depositions review | 13:30-16:10 | 2h 40min |
|  | Trial Prep- Witness Depositions Review | 16:30-19:30 | 3h |
|  | Trial Prep- Opening | 20:45-22:50 | 2h 5min |
| June 9, 2019 | Drive to Syracuse | 09:30-15:30 | 6h |
|  | Meeting- Met with EJ | 16:05-17:15 | 1h 10min |
|  | Trial Prep- Quonce and LaShomb | 21:00-22:50 | 1h 50min |

| June 3, 2019 | Trial Prep- LaShomb notes | 16:41-17:13 | 32min |
|---|---|---|---|
| June 4, 2019 | Trial Prep- LaShomb | 11:08-13:00 | 1h 52min |
| | Trial Prep- LaShomb | 14:36-17:08 | 2h 32min |
| June 5, 2019 | Trial Prep- Gunsalus and Hard | 10:50-12:53 | 2h 3min |
| | Trial Prep- Gunsalus and Hard | 17:53-18:13 | 20min |
| | Trial Prep- Mims | 15:00-17:50 | 2h 50min |
| June 6, 2019 | Trial Prep- Patrick Johnson | 16:06-18:00 | 1h 54min |
| June 7, 2019 | Trial Prep- Preston Fagen | 11:29-15:30 | 4h 1min |
| | Trial Prep- McFadden | 16:46-18:10 | 1h 24min |
| 05/31/2019 | Trial Prep- LaShomb notes | 10:30-10:41 | 11min |
| | Trial Prep- Mauro notes | 11:13-12:05 | 52min |
| 05/30/2019 | Trial Prep- LaShomb notes | 11:26-13:02 | 1h 36min |
| 05/28/2019 | Trial Prep- LaShomb notes | 15:00-16:30 | 1h 30min |
| 05/17/2019 | Motion- Response to motion in limine | 14:06-16:58 | 2h 52min |
| 04/15/2019 | Trial Prep- EJ pretrial submissions | 14:28-15:37 | 1h 9min |
| 03/29/2019 | Trial Prep- EJ trial check and notes | 13:39-15:59 | 2h 20min |
| 03/06/2019 | Trial Prep- EJ pretrial submissions | 10:03-12:59 | 2h 56min |
| 03/05/2019 | Trial Prep- pretrial documents | 10:39-13:58 | 3h 19min |
| 06/28/2019 | Legal Research- Fee Application Motion | 11:34-12:22 | 48min |
| | | 13:37-15:40 | 2h 3min |
| | | 16:07-17:12 | 1h 5min |
| 07/1/2019 | Legal Research- Fee Application Motion | 10:37-12:20 | 1h 43min |
| | | 14:55-15:50 | 55min |
| | | 15:59-17:30 | 1h 31min |
| 07/02/2019 | Legal Research- Application Motion | 10:29-10:42 | 13min |

|  |  | 11:30-12:05 | 35min |
|---|---|---|---|
|  |  | 13:41-15:00 | 1h 19min |
|  |  | 15:15-16:10 | 55min |
|  |  | 16:22-17:38 | 1h 16min |
| 07/12/2019 | EJ Fee Motion | 14:32-17:17 | 2h 45min |
| 07/15/2019 | EJ Fee Motion | 11:58-13:10 | 1h 12min |
| 07/16/2019 | EJ Fee Motion | 13:17-14:49 | 1h 32min |
| 07/17/2019 | EJ Fee Motion | 12:16-13:56 | 1h 40min |
| 07/18/2019 | EJ Fee Motion | 16:19-16:31 | 12min |
| 07/23/2019 | EJ Fee Motion | 11:45-12:33 | 3h 11min |
|  |  | 14:16-15:52 |  |
|  |  | 16:14-17:01 |  |
| 07/24/2019 | EJ Fee Motion | 16:52-17:50 | 58min |
| 07/25/2019 | EJ Fee Motion | 10:30-12:26 | 3h |
|  |  | 14:00-14:50 |  |
|  |  | 14:55-16:54 |  |
| 07/26/2019 | EJ Fee Motion | 11:00-13:00 | 2h |

## SHERRY'S PARALEGAL HOURS ON EJ

| Date | Summary | Time | Sum Hours |
|---|---|---|---|
| 11/03/2017 | Motion- Summary Judgment Motion Response | 10:00-12:30 | 2h 30min |
|  | Motion- Summary Judgment Motion Response | 14:38-17:10 | 2h 32min |
| 11/06/2017 | Motion- Summary Judgment Motion Response | 09:17-11:00 | 1h 43min |

|  | Motion- Summary Judgment Motion Response | 11:49-12:48 | 59min |
|---|---|---|---|
|  | Motion- Summary Judgment Motion Response | 13:55-15:06 | 1h 11min |
|  | Motion- Summary Judgment Motion Response | 14:28-17:52 | 3h 24min |
| 11/08/2017 | Motion- Summary Judgment Motion Response | 09:28-11:12 (); | 1h 44min |
|  | Motion- Summary Judgment Motion Response | 13:50-17:08 | 3h 18min |
|  | Motion- Summary Judgment Motion Response | 18:00-19:22 | 1h 22min |
| 11/09/2017 | Motion- EJ Declaration | 10:28-12:58 | 2h 30min |
|  | Motion- EJ Declaration | 14:08-15:59 | 1h 51min |
| 11/10/2017 | Motion- EJ Declaration | 09:20-12:47 | 3h 27min |
|  | Motion- EJ Declaration | 13:48-15:50 | 2h 2min |
| 11/15/2017 | Motion- Summary Judgment Motion Response | 11:13-12:19 | 1h 6min |
|  | Motion- Summary Judgment Motion Response | 15:52-17:07 | 1h 15min |
| 11/16/2017 | Motion- EJ Affidavit; Response to Their Motion | 10:08-12:48 | 2h 40min |
| 11/17/2017 | Motion- 56.1 Facts Statement | 13:08-16:24 | 3h 16min |
| 11/20/2017 | Motion- Worked on Defendants and Their Wrong Cites | 09:50-12:48 | 2h 58min |
|  | Legal Research- Qualified Immunity Memo | 14:44-16:05 | 1h 21min |
|  | Motion- Response to 56.1 Facts Statement | 16:30-18:27 | 1h 57min |
|  | Motion- Declaration in Opposition | 18:27-19:20 | 53min |
| 04/30/2018 | Legal Research- Notes for opposition | 16:00-18:04 | 2h 4min |

| 05/03/2018 | Legal Research- EJ Memo | 16:07-17:58 | 1h 49min |
| 05/07/2018 | Prepare for Trial; Legal Memo | 09:08-10:22 | 1h 14min |
| 05/09/2018 | Trial Prep- Deposition Notes | 10:01-14:36 | 4h 35min |
| 08/30/2018 | pretrial notes | 14:05-17:08 | 3h 3min |
| 09/04/2018 | pretrial notes | 10:27-11:50 | 1h 23min |
|  | pretrial notes | 13:07-14:11 | 1h 4min |
| 09/10/2018 | EJ trial notes-assigned | 09:43-10:21 | 38min |
| 09/23/2018 | Motion- EJ motion in limine notes | 13:06-14:58 | 1h 52min |
| 09/28/2018 | Trial Prep- Trial notes for defendants | 10:12-13:18 | 3h 6min |
|  | Trial Prep- Trial notes for defendants | 14:57-17:51 | 2h 54min |
| 01/17/2019 | Trial Prep- worked on pretrial paper | 16:47-18:20 | 1h 33min |