# JOHNSON, ELIJAH
## SHELLY'S ACTIVITY SHEET

| Date | Start Time | End Time | Activity |
| --- | --- | --- | --- |
| 09/08/17 | 03:27 PM | 03:41 PM | Emailed Elijah his depo+ instructions |
| 09/08/17 | 03:22 PM | 03:26 PM | Called Elijah re depo |
| 09/07/17 | 06:46 PM | 06:47 PM | Called Elijah re copies of depositions |
| 12/07/16 | 04:13 PM | 04:32 PM | Sent out Notice of Deps |
| 12/07/16 | 11:23 AM | 11:26 AM | Drafted Adv4-res to D's 1st Set +Notice to Produce |
| 12/06/16 | 01:57 PM | 05:00 PM | Finished res to 1st Set of Interog+Notice to Produce |
| 12/05/16 | 03:39 PM | 04:44 PM | reviewed responses w/Fred |
| 12/05/16 | 01:40 PM | 02:20 PM | Res to 1st Demand |
| 11/23/16 | 11:49 AM | 12:18 PM | Cont'd med requests |
| 11/22/16 | 04:02 PM | 04:24 PM | Med request for NMC+Dr. Rabia |
| 11/21/16 | 01:58 PM | 03:00 PM | Organized discovery |
| 10/19/16 | 11:07 AM | 11:28 AM | Contin'd res to PO's 1st Interog |
| 10/12/16 | 03:30 PM | 04:04 PM | Contin'd res to PO's 1st Interog |
| 10/12/16 | 12:28 PM | 12:58 PM | Contin'd res to PO's 1st Interog |
| 10/12/16 | 12:03 PM | 12:08 PM | Started res to PO's 1st Interog |
| 10/12/16 | 11:03 AM | 12:02 PM | Started res to City's 1st Interog |
| 10/11/16 | 04:18 PM | 04:30 PM | Sent out Adv2-HIPAAs |
| 10/11/16 | 03:41 PM | 04:16 PM | Corr Upstate1+ Correct Care1+ filled HIPAA releases |
| 10/11/16 | 03:14 PM | 03:40 PM | HIPAA for Upstate and Correct Care Solutions |
| 10/11/16 | 02:30 PM | 02:33 PM | Spoke to Senior Counselor Christine via phone |
| 10/03/16 | 02:00 PM | 02:20 PM | Amended complaint |
| 08/30/16 | 10:35 AM | 10:42 AM | letter for POA+HIPPA autho |
| 08/18/16 | 11:53 AM | 12:23 PM | Cont'd with 1st Demands+Req Documents |
| 08/18/16 | 11:40 AM | 11:50 AM | reviewed file and started on 1st demands |
| 08/18/16 | 11:25 AM | 11:40 AM | Drafted Adv1 re initial disco, 1st demands+req, notice of dep |
| 08/12/16 | 04:12 PM | 04:13 PM | Called Elijah re getting CT scans |
| 08/12/16 | 03:30 PM | 04:00 PM | Gathered witness info/worked on initial disclosures |
| 08/12/16 | 03:23 PM | 03:27 PM | Called Elijah re hospitals visited |
| 08/12/16 | 11:01 AM | 11:13 AM | Notices of Dep for all |
| 08/08/16 | 03:48 PM | 04:05 PM | Organizing photos+bate stamp |
| 08/08/16 | 03:20 PM | 03:40 PM | Contin'd w/ Initial Disclosures |
| 08/08/16 | 11:12 AM | 11:40 AM | Reviewed Crim rec+organized file |

| | | | |
|---|---|---|---|
| 08/08/16 | 10:53 AM | 11:11 AM | Started on P's initial disclosures |
| 06/30/16 | 04:10 PM | 04:28 PM | Filing all the affs of serv |
| 03/09/16 | 10:58 AM | 11:40 AM | Continued with complaint |
| 03/08/16 | 04:57 PM | 06:01 PM | Continued with complaint |
| 03/04/16 | 09:55 AM | 09:57 AM | Edited complaint. |
| 03/02/16 | 10:28 AM | 10:39 AM | Continued with complaint |
| 03/01/16 | 11:18 AM | 12:14 PM | continued with complaint |
| 03/01/16 | 10:15 AM | 10:30 PM | Started on complaint |